**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO. 3:02CR251-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **ORAN T. DAVIS** | )_____ | |
| _____ | ) | |

      **THIS MATTER** is before the Court upon Government's motion for a continuance of the sentencing hearing scheduled for 3 December 2007 sentencing term in the Charlotte Division. For the reasons stated in Government's motion, and that counsel for the Defendant has been consulted and consents to the motion, the Court finds that good cause has been shown to continue this matter.

      **IT IS, THEREFORE, ORDERED** that Government's motion for a continuance is **GRANTED**. The hearing is hereby continued from the December 2007 sentencing term in the Charlotte Division to the next available term in the Charlotte Division. **IT IS, FURTHER ORDERED** that the Clerk's Office schedule a Status of Counsel Hearing before the Magistrate Judge as soon as possible.

Signed: November 28, 2007

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge