IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:02CR251-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> ) **O R D E R** <br> **ORAN TILLMAN DAVIS** ) <br> _____) | |

    **THIS MATTER** is before the Court on its own motion to set a sentencing hearing in the above captioned case. This Court feels that all parties have had adequate time to prepare for the sentencing in this matter.

    **IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for sentencing on **May 20, 2008, at 10:00 A.M., in Courtroom #3**, in the United States Courthouse in Charlotte, North Carolina. **IT IS, FURTHER, ORDERED** that a copy of this Order shall be sent to all parties this matter, United States Marshal Service, and United States Probation Office.

    Signed: April 10, 2008

    Richard L. Voorhees
    United States District Judge