IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:02CR251-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | AMENDED |
| | ) | O R D E R |
| ORAN TILLMAN DAVIS | ) | |

**THIS MATTER** is before the Court on its own motion to set a sentencing hearing in the above captioned case. This Court feels that all parties have had adequate time to prepare for the sentencing in this matter.

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for sentencing on **May 28, 2008, at 2:00 P.M., in Courtroom #2**, in the United States Courthouse in Charlotte, North Carolina. **IT IS, FURTHER, ORDERED** that a copy of this Order shall be sent to all parties this matter, United States Marshal Service, and United States Probation Office.

Signed: April 11, 2008

Richard L. Voorhees
United States District Judge